Monica S. Call (#11361)
monica.call@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone: (801) 328-3131
Facsimile:  (801) 578-6999

Daren S. Garcia (*pro hac vice application forthcoming*)
dsgarcia@vorys.com
Rodney A. Holaday (*pro hac vice application forthcoming*)
raholaday@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
Telephone: (614) 464-8356
Facsimile:  (614) 719-5112

Attorneys for Skullcandy, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULLCANDY, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>AHCF TRADING INC., a New York corporation, ART CHOCOLATIER INC., a New York corporation, KIDDIE HUB INC., a New York corporation, CHANA FRIEDMAN, an individual, and ARON SCHWARTZ, an individual, all doing business as "HLKT" on www.amazon.com, and JOHN DOES 1-100,<br><br>  Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No:  2:18-cv-00930-BCW<br><br>The Honorable Brooke C. Wells |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Skullcandy, Inc. ("Skullcandy"), hereby submits this notice of voluntary dismissal without prejudice, dismissing AHCF Trading Inc., Art Chocolatier Inc., Kiddie Hub Inc., Chana Friedman, and Aron Schwartz (the "Defendants") in the above captioned action.  The Defendants have not filed an answer or a motion for summary judgment.  Therefore, Skullcandy may dismiss its claims against the Defendants in this action without stipulation or order of the Court. *See* Fed. R.Civ. P. 41(a)(1)(A)(i).

Dated: February 21, 2019

                STOEL RIVES,  LLP

                By: */s/ Monica S. Call*
                      Monica S. Call

                Attorneys for Skullcandy, Inc.